SCOTT M. LOWRY, ESQ. (CA Bar No. 244,504)
E-Mail: Scott@LawLB.com
LOWRY BLIXSETH APC
30423 Canwood St., Ste. 215
Agoura Hills, California 91301
Telephone: 818-584-6460
Facsimile: 818-574-6026

JOHN W. MCILVAINE (*pro hac vice forthcoming*)
jmcilvaine@webblaw.com
ANTHONY W. BROOKS (*pro hac vice forthcoming*)
abrooks@webblaw.com
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone; 412-471-8815
Facsimile: 412-471-4094

*Attorneys for i4F Licensing N.V.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| I4F LICENSING N.V., <br><br> Plaintiff, <br><br> v. <br><br> HAINING MINGYUAN DECORATIVE MATERIALS CO., LTD., WELLEAST INTERNATIONAL INC. and 365 DAY CONSTRUCTION INC., <br><br> Defendants. | CASE NO. 2:26-CV-4904 <br><br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **JURY TRIAL DEMANDED** |

COMPLAINT FOR PATENT INFRINGEMENT

## COMPLAINT FOR DAMAGES

Plaintiff i4F Licensing N.V. ("i4F"), through its counsel, hereby alleges the following for its Complaint against Defendants Haining Mingyuan Decorative Materials Co., Ltd. ("Mingyuan"), Welleast International Inc. ("Welleast") and 365 Day Construction Inc. ("365 Construction", collectively, with Mingyuan and Welleast, "Defendants"):

## PATENTS-IN-SUIT

1.    This is a civil action for the infringement of United States Patent No. 11,091,918, entitled "Covering Panel and Process of Producing Covering Panels" ("the '918 Patent"), United States Patent No. 11,794,396, entitled "Method of Producing a Glueless Dustless Composite Flooring Material System" ("the '396 Patent"), and United States Patent No. 12,427,753, entitled "Glueless Dustless Composite Flooring Material System" ("the '753 Patent", collectively, with the '918 and '396 Patents, the "Asserted Patents").

## PARTIES

2.    Plaintiff i4F is a Belgian company having a principal place of business at Industriedijk 19, 2300 Turnhout, Belgium.

3.    Upon information and belief, Defendant Mingyuan is a Chinese corporation with a principal place of business at No. 2 Weiye Road, No. 3 Shuangfeng Industrial Park, Yuanhua Town, Haining City, Zhejiang Province, China.

4.    Upon information and belief, Defendant Welleast International Inc. is a California corporation with a principal place of business at 4400 Temple City Blvd., South El Monte, CA 91731.

5.    Upon information and belief, Defendant 365 Construction is California corporation with a principal place of business at 15731 Gale Ave., Hacienda Heights, CA 91745.

///

///

2

## PERSONAL JURISDICTION AND VENUE

6.      This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271 *et seq*.

7.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

8.      This Court has personal jurisdiction over Defendants because Defendants have committed, and continue to commit, acts of infringement in this district, as explained in further detail below.

9.      Venue is proper under 28 U.S.C. §§ 1391 and 1400(b) because Defendants 365 Construction and Welleast reside in this District, have regular and established places of business in this District and have caused acts of infringement in this District by way of their importation, use, sale and offer for sale of the Accused Products, defined below, in this District, and Defendant Mingyuan is a foreign corporation and is subject to personal jurisdiction in this District due to its acts of infringement by way of its sale, offer for sale and importation of the Accused Products in this District.

10.      Defendant Mingyuan is importing, selling and/or offering to sell Accused Products in the United States and in this District and Defendants 365 Construction and Welleast are importing, using, selling and offering to sell the Accused Products in this District.

11.      In particular, and upon information and belief, Defendants have imported, sold, offered to sell and continue to import, sell and offer to sell stone plastic composite (SPC) floor panels or tiles utilizing the Lox locking system, marketed and licensed by i4F's competitor Vilox AB, (the "Accused Products") in the United States.

## PATENT INFRINGEMENT IN VIOLATION OF 35 U.S.C. § 271

12.      i4F repeats and re-alleges the averments contained in all preceding paragraphs of this Complaint as if fully stated herein.

13.      i4F is the owner by assignment of the Asserted Patents.

3

COMPLAINT FOR PATENT INFRINGEMENT

14. i4F is a research and development company focused primarily on the flooring industry. i4F's patent portfolio includes patents for flooring installation and wall mounting systems, material compositions, surface treatment as well as board production, outdoor and stair tread technologies. Patents and patent applications for i4F's technologies have been granted and filed, respectively, in many countries worldwide. i4F's technologies and patented inventions are incorporated into the products of over 150 leading flooring manufacturers in the United States and other countries, who are licensed by i4F. i4F's experienced technical team provides licensees with the technical designs and know-how needed to implement i4F technologies on their products. i4F markets its patented locking systems for use on SPC floor panels as the 3L TripleLock and Click4U locking systems and licenses the same to third parties.

15. Plaintiff i4F's patent portfolio is vast and includes the Asserted Patents.

16. Defendant Mingyuan is a Chinese manufacturer of PVC-based flooring materials, including SPC flooring planks and tiles.

17. Mingyuan operates under the trade name Mayer Floors.

18. SPC is a material that is a mixture of polyvinyl chloride (PVC) and a stone filler material, usually a stone dust or stone powder material, such as calcium carbonate or chalk.

19. The Accused Products are SPC flooring planks and tiles that include an SPC substrate or core with a decorative top layer applied to the top of the core.

20. Defendant Mingyuan has offered the Accused Products for sale and sold them in the United States to several retailers and distributors, including, without limitation, Defendants 365 Construction and Welleast.

21. Defendant Mingyuan also offers the Accused Products for sale in the United States through the "Made-in-China" sales platform as shown on the next page:



See Ex. A. (https://mayerfloor.en.made-in-china.com/product/hRIYZkMGbxWB/China-Spc-Vinyl-Flooring-Home-Hotel-Wood-Grain-Click-Lock.html?pv_id=1jest1r9o2e&faw_id=1jest1s2od8b&bv_id=1jest20nnbc9&pbv_id=1jest1pdu909https://mayerfloor.en.made-in-china.com/product/hRIYZkMGbxWB/China-Spc-Vinyl-Flooring-Home-Hotel-Wood-Grain-Click-Lock.html?pv_id=1jest1r9o2e&faw_id=1jest1s2od8b&bv_id=1jest20nnbc9&pbv_id=1jest1pdu909; see also Ex. B (https://mayerfloor.en.made-in-china.com/).

22.    Defendant Welleast is an importer and distributor of flooring materials, including the Accused Products, in the United States.

23.    Upon information and belief, Defendant Welleast imports and distributes the Accused Products at least from Defendant Mingyuan.

24.    Defendant 365 Construction is a retailer of construction materials including flooring materials.

25.    Defendant 365 Construction sells and offers to sell the Accused Products, namely, SPC flooring planks and tiles.

COMPLAINT FOR PATENT INFRINGEMENT

26.    Upon information and belief, Defendant 365 Construction buys and imports the Accused Products into the United States at least from Defendant Mingyuan.

27.    The Accused Products sold and/or imported by Defendants include an SPC core layer, a decorative film layer, a wear layer, a UV coating and a locking system:



**SPC FLOORING STRUCTURE**

Ex. C (https://www.365constructions.com/spcfloors); *see also* Exs. D-E.

28.    Upon information and belief, to manufacture SPC flooring planks and, thus, the Accused Products, Defendant Mingyuan mixes PVC resin with calcium carbonate in amount of 15-75 wt. % and more specifically in amounts between 20% and 35% PVC and 63% and 73% calcium carbonate by weight, with at least one plasticizer, including Bis(2-ethylhexyl) terephthalate or DOTP (Dioctyl terephthalate).

29.    Mingyuan's website mayerspcfloor.com confirms that its SPC products use calcium carbonate:

COMPLAINT FOR PATENT INFRINGEMENT

Veeery 

**What is PVC flooring?**

2023-07-31 11:45:49   海宁市明远装饰材料有限公司   views 106

PVC floor is a PVC floor. It is made of PVC resin, calcium carbonate, pigment, dye and surface treatment agent.

**Table of Contents**

Ex. D (https://www.mayerspcfloor.com/faqs/26.html)

30.    Mingyuan extrudes the resulting mixture to obtain a substrate or SPC core layer, molding the mixture to the desired shape of the core/substrate.

31.    Upon information and belief, Defendant Mingyuan then fuses the substrate to the top layer through a hot-melt overlaying process without glue.

32.    Upon information and belief, the substrate is attached to the top layer at a temperature higher than the softening point of PVC but lower than the melting point of PVC.

33.    The top layer includes a textured transparent PVC wear layer, a decorative layer below the wear layer, and a UV coating on top of the PVC wear layer that is waterproof:

**Pros of Waterproof SPC Vinyl Plank Flooring**

**Waterproof and Moisture-Resistant**
One of the standout benefits of SPC vinyl flooring is its waterproof quality. With a dense core made of stone and plastic composite, SPC planks resist water, making them ideal for areas like kitchens, bathrooms, and basements. Unlike laminate or hardwood, SPC won't warp, swell, or buckle when exposed to water, giving you confidence in high-moisture environments.

**Exceptional Durability for High-Traffic Areas**
SPC vinyl flooring is engineered to withstand heavy foot traffic without easily showing wear. Its rigid core provides high resistance against dents and scratches, making it an excellent choice for households with children or pets and for commercial settings that need high durability.

**Comfort and Noise Reduction**
Many SPC vinyl planks come with an attached underlayment layer that adds cushioning and reduces noise. This layer enhances walking comfort and reduces sound transmission in multi-story buildings, offering a quieter and more comfortable environment.

**Realistic Aesthetic Appeal**
Advanced printing technology allows SPC vinyl to closely resemble natural wood or stone, with various colors and textures available. SPC flooring can help you achieve the look of wood or tile without compromising on water resistance or durability, giving you versatile design options.

**Low Maintenance and Easy Cleaning**
SPC vinyl plank flooring is known for its low-maintenance requirements. Regular sweeping and an occasional damp mop keep it looking fresh. Unlike hardwood, there's no need for waxing or refinishing, making SPC a time-saving choice for both households and commercial spaces.

COMPLAINT FOR PATENT INFRINGEMENT

Ex. E   (https://www.mayerspcfloor.com/product/spc-flooring/floor-120.html);   *see also* Exs. A, C.

34.     The Accused Products are also provided with an underlayment layer on the bottom of the SPC substrate / core.  *See* Exs. A, C, E.

35.     The resultant Accused Products are waterproof, fireproof, wear resistant and glueless.  *See* Exs. A-C, E.

36.     The Asserted Patents cover various aspects of flooring panels/tiles, including SPC panels/tiles, and processes of producing the same.

37.     Defendants' sale, offer for sale in and importation into the United States of the Accused Products infringe at least claims 1 and 8 of the '918 Patent (the "Asserted '918 Claims"), claims 1-4 and 6-11 of the '396 Patent (the "Asserted '396 Claims") and claims 1-5, 8-10, 14, 17-19, and 21-24 of the '753 Patent (the "Asserted '753 Claims", collectively, with the Asserted '396 Claims and Asserted '918 Claims, the "Asserted Claims").

38.     Defendant Mingyuan is a licensee of i4F for its patented 3L TripleLock and Click4U locking systems.

39.     As a result of Mingyuan's licensing of 3L TripleLock and Click4U and previous relationship with i4F, Mingyuan has been aware of the breadth and scope of i4F's vast patent portfolio, including the Asserted Patents.

40.     Mingyuan's license from i4F does not include a license to the Asserted Patents, and Mingyuan is not otherwise licensed or authorized to practice the claimed inventions of the Asserted Patents.

41.     On January 25, 2026, i4F sent a demand letter to Mingyuan notifying Mingyuan of its infringement of the Asserted Patents.

42.     Despite being put on notice of its patent infringement, Mingyuan has not responded to i4F's communication and continues to sell, offer to sell and import the Accused Products into the United States.

43.     Mingyuan's infringement is, thus, willful.

44.　Upon service of this Complaint, Defendants Welleast and 365 Construction will have notice of the Asserted Patents and any continued infringement of the same will be willful.

45.　Mingyuan also intends that its customers in the United States, including 365 Construction and Welleast, infringe the Asserted '396 Claims and the Asserted '753 Claims.

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 11,091,918

46.　i4F repeats and re-alleges the averments contained in all preceding paragraphs of this Complaint as if fully stated herein.

47.　Defendant Mingyuan imports the Accused Products, manufactured by the processes recited in the Asserted '918 claims, into the United States and offers to sell and sells the same in the United States.

48.　Defendants Welleast and 365 Construction likewise import the Accused Products, manufactured at least by Mingyuan according to the processes recited in the Asserted '918 claims, into the United States and sells and offers to sell in the United States.

49.　Upon information and belief, Defendant 365 Construction also uses the Accused Products in the United States at least by installing the same for customers.

50.　Defendant Mingyuan practices each and every element of the Asserted '918 Claims.

51.　The Accused Products are SPC floor panels or tiles manufactured by Mingyuan. '918 Patent (claims 1, 8); *see also, e.g.,* Exs. A-C.

52.　Upon information and belief, Mingyuan manufactures the Accused Products by mixing a synthetic material, namely PVC, with a filler material, namely calcium carbonate, in an amount from 15 to 75 wt %, wherein the resulting mixture is extruded to obtain an SPC substrate. '918 Patent (claims 1, 8); *see also, e.g.,* Exs. A-E, G (noting SPC flooring is made with "limestone" and extruded).

COMPLAINT FOR PATENT INFRINGEMENT

53. Upon information and belief, the top layer is applied to the substrate, and the substrate is heated to a temperature above the softening point of PVC, but lower than the melting temperature and is annealed:





COMPLAINT FOR PATENT INFRINGEMENT





*See* Ex. F (video, entitled "Production and film coating", located at https://www.mayerspcfloor.com/video/production-process/); *see also, e.g.,* Exs. C, E.

54.    Defendants' activities using, importing, selling and/or offering to sell the Accused Products constitutes infringement of the Asserted '918 Claims under 35 U.S.C § 271(g).

COMPLAINT FOR PATENT INFRINGEMENT

55.    Defendant Mingyuan's conduct urging or encouraging third parties, including Defendants Welleast and 365 Construction, to import the SPC Accused Products into the United States and/or to sell or offer to sell the same in the United States, knowing or being willfully blind to the fact that said third parties' conduct infringes the Asserted '918 Claims constitutes indirect infringement under 35 U.S.C § 271(b).

56.    Defendant Mingyuan's infringement is willful.

57.    Upon service of this Complaint, Defendants Welleast and 365 Construction will have notice of the Asserted Patents and any continued infringement of the same will be willful.

58.    i4F has been irreparably damaged and will continue to be irreparably damaged by reason of Defendants' infringement of the '918 Patent unless this Court restrains their infringing conduct.  i4F is without an adequate remedy at law.

### COUNT II: INFRINGEMENT OF U.S. PATENT NO. 11,794,396

59.    i4F repeats and re-alleges the averments contained in all preceding paragraphs of this Complaint as if fully stated herein.

60.    Defendants import the Accused Products into the United States and offer to sell and sell the same in the United States.

61.    The Accused Products practice each and every element of the Asserted '396 Claims.

62.    The Accused Products are composite flooring material segments including an SPC core or base layer, which is a mixture of PVC and calcium carbonate, and is free of glue, '396 Patent (claim 1):



Ex. C.

**Basic Info.**

| | | | | |
|---|---|---|---|---|
| Model NO. | SPC FLOORING | | Material | PVC |
| Style | Modern | | Function | Anti-Slip, Moisture Proof, Rot Proof, Wear-Resistant, Fireproof, Waterproof, Soundproof, Anti-Static, Thermal Insulation |
| Thickness | 6mm | | Lead Hardness | Soft |
| Surface Treatment | Simple Color | | Pattern | Wood Grain |
| Color | Multi-Color | | State | Block |
| Usage | Household, Commercial | | Wear Layer | 0.3mm/0.5mm/0.7mm |
| Under Layer | EVA/IXPE | | Surface Texture | Hand Scraped / Deep Embossed / Eir |
| Life-Time | Warranty Residential 25 Years Commercial 10 Years | | Transport Package | Paper Box Paper and Pallatizing with Wrapping Film |
| Specification | 7.02"x48.03"(183x1220mm) /9"x48.03"(229x1220mm)) | | Trademark | Mayer |
| Origin | China | | HS Code | 3918109000 |
| Production Capacity | 80000000 Square Meter/Square Meters Per Year | | | |

COMPLAINT FOR PATENT INFRINGEMENT

**Product Description**

| Size: | 6" x 36" / 6" x 48" / 7"X 48" / 9" x 48" or customized<br>935 x 150 mm /1220 x 150 mm /1220 x 183 mm /1220 x228 mm  or customized |
|---|---|
| Thickness : | 3.5mm / 4mm /  5mm / 6mm / 7mm / 8mm |
| Wear Layer : | 0.3mm / 0.5mm /0.7mm |
| Under Layer: | EVA / IXPE |
| Surface Treatment : | UV Coating Surface |
| Surface Texture : | Embossed in Register/ Marble /Deep Embossed / Hand-Scraped |
| Features : | 100%Waterproof / Anti-Slip /Wear Resistant / Fire Retardant / Sound Barrier |
| Advantages : | Click system easy installtion/ Labor Costs Saving / Super Stability / Eco-friendly |
| Lock Syetem: | Unilin ,Lox, I4F ,Valinge-2G ,Valinge 5G-1 , |
| Life Time: | Warranty residential 25 years , commercial 10 years . |

Ex. A.

**What is PVC flooring?**

2023-07-31 11:45:49   海宁市明远装饰材料有限公司   views 106

PVC floor is a PVC floor. It is made of PVC resin, calcium carbonate, pigment, dye and surface treatment agent.

**Table of Contents**

Ex. D; *see also* Ex. G (noting SPC flooring is made with "limestone").

63.    The mixture is extruded at elevated temperature and pressure through an extrusion mold to create an SPC base layer / core, '396 Patent (claim 1):

14

COMPLAINT FOR PATENT INFRINGEMENT

Ex. G (https://www.mayerspcfloor.com/news/spc-flooring-demystified-the-basics-of-home-decoration-you-need-to-know-107.html); *see also* Exs. A-C.

64. The Accused Products are provided with a face layer that includes a decorative sublayer and a wearing sublayer fused onto the top face of the decorative sublayer. '396 Patent (claim 1); *see also, e.g.,* Exs. A-C.

65. The face layer is textured. '396 Patent (claims 1); *see also, e.g.,* Exs. A, E.

66. The face layer is fused onto the top face of the SPC base layer by hot-melt overlaying by at least bringing the layers into contact with one another and simultaneously heating and applying compression to fuse the layers together. '396 Patent (claim 1); *see also, e.g.,* Ex. F.

67. A cured waterproof UV plastic resin coating layer is applied to the face layer and is cured by exposure to UV light, '396 Patent (claim 1):

15

COMPLAINT FOR PATENT INFRINGEMENT



COMPLAINT FOR PATENT INFRINGEMENT





*See* Ex. H (screenshots of video, entitled "UV Coating", located at https://www.mayerspcfloor.com/video/production-process/); *see also* Ex. A.

68.　The Accused Products are free of compressed cellulose material. '396 Patent (claim 2); *see also, e.g.,* Ex. G.

69.　The SPC base layer is waterproof, the decorative sublayer is a PVC decorative film with a printed and colored design thereon, the wearing layer is a

transparent PVC polymer film that is textured, and the UV coating layer is transparent. '396 Patent (claims 3, 6-11); *see also, e.g.,* Exs. A, C, E, G, H.

70. Upon information and belief, the SPC base layer mixture comprises between 20% and 30% polyvinylchloride and between 63% and 73% calcium carbonate. '396 Patent (claim 4).

71. Defendants' activities using, importing, selling and/or offering to sell the Accused Products constitutes infringement of the Asserted '396 Claims under 35 U.S.C § 271(a).

72. Defendant Mingyuan's conduct urging or encouraging third parties, including Defendants Welleast and 365 Construction, to import the SPC Accused Products into the United States and/or to sell or offer to sell the same in the United States, knowing or being willfully blind to the fact that said third parties' conduct infringes the Asserted '396 Claims constitutes indirect infringement under 35 U.S.C § 271(b).

73. Defendant Mingyuan's infringement is willful.

74. Upon service of this Complaint, Defendants Welleast and 365 Construction's continued infringement will be willful.

75. i4F has been irreparably damaged and will continue to be irreparably damaged by reason of Defendants' infringement of the '396 Patent unless this Court restrains their infringing conduct. i4F is without an adequate remedy at law.

### COUNT III: INFRINGEMENT OF U.S. PATENT NO. 12,427,753

76. i4F repeats and re-alleges the averments contained in all preceding paragraphs of this Complaint as if fully stated herein.

77. Defendants import the Accused Products into the United States and offer to sell and sell the same in the United States.

78. The Accused Products practice each and every element of the Asserted '753 Claims.

79. The Accused Products include an SPC base layer comprising PVC resin

18

and calcium carbonate mixture. '753 Patent (claim 1); *see also, e.g.,* Exs. A, C, D, G.

80. Upon information and belief, the SPC base layer includes between 18.13% and 64.71% of PVC and between 32.35% and 72.53% calcium carbonate by weight. '753 Patent (claim 17).

81. The Accused Products are provided with a face layer that includes a decorative sublayer and a wearing sublayer fused onto the top face of the decorative sublayer. '753 Patent (claim 1); *see also, e.g.,* Exs. A-C.

82. The wearing sublayer is fused onto the top face of the decorative sublayer by hot-melt overlaying by at least bringing the layers into contact with one another and simultaneously heating and applying compression to fuse the layers together. '753 Patent (claims 1); *see also, e.g.,* Ex. F.

83. The face layer is also fused to the top face of the SPC base layer by hot-melt overlaying by at least bringing the base layer and face layer into contact with one another and simultaneously heating and applying compression to fuse the layers together without adhesives. '753 Patent (claim 1); *see also, e.g.,* Ex. F.

84. The decorative sublayer has a printed pattern or image thereon and is decoratively textured with a texture being at least partially complementary to the pattern or image thereon. '753 Patent (claims 1, 18); *see also, e.g.,* Exs. A, E.

85. The Accused Products also have a flooring coating layer comprising a UV-cured resin. '753 Patent (claim 2); *see also, e.g.,* Exs. A, H.

86. The Accused Products are also provided with an underlayment layer on the bottom of the SPC base layer / core. '753 Patent (claim 4); *see also, e.g.,* Exs. A, C, E.

87. The SPC base layer and the flooring face layer are waterproof, the decorative sublayer is a colored PVC decorative film with a printed pattern or image thereon, the wearing layer is a transparent PVC polymer film that is wear-resistant, and the UV coating layer is transparent. '753 Patent (claims 3, 5, 8-10, 23-24); *see also, e.g.,* Exs. A, C, E, G.

88. The Accused Products are free of compressed cellulose. '753 Patent (claim 14); *see also, e.g.,* Ex. G.

89. The UV coating layer is applied as a film. '753 Patent (claim 19); *see also, e.g.,* Ex. H.

90. The Accused Products include coupling or installation profiles for installation and locking with adjacent panels / flooring segments '753 Patent (claims 21-22):

| Advantages : | Click system easy installtion/ Labor Costs Saving / Super Stability / Eco-friendly |
| --- | --- |
| Lock Syetem: | Unilin ,Lox, I4F ,Valinge-2G ,Valinge 5G-1 , |

Ex. A.



CLICK LOCK

Ex. C.

91. Defendants' activities using, importing, selling and/or offering to sell the Accused Products constitutes infringement of the Asserted '396 Claims under 35 U.S.C § 271(a).

92. Defendant Mingyuan's conduct urging or encouraging third parties, including Defendants Welleast and 365 Construction, to import the SPC Accused Products into the United States and/or to sell or offer to sell the same in the United States, knowing or being willfully blind to the fact that said third parties' conduct infringes the Asserted '753 Claims constitutes indirect infringement under 35 U.S.C § 271(b).

93. Defendant Mingyuan's infringement is willful.

COMPLAINT FOR PATENT INFRINGEMENT

94.     Upon service of this Complaint, Defendants Welleast and 365 Construction's continued infringement will be willful.

95.     i4F has been irreparably damaged and will continue to be irreparably damaged by reason of Defendants' infringement of the '753 Patent unless this Court restrains their infringing conduct.  i4F is without an adequate remedy at law.

## **DEMAND FOR JURY TRIAL**

**WHEREFORE**, pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury for all issues triable by a jury, and prays:

A.     that Defendants, their officers, employees, agents, and those persons in active participation with them be permanently enjoined from infringing the Asserted Patents;

B.     that judgment be entered finding that Defendants infringe the Asserted Patents;

C.     that Defendants be ordered to pay damages to i4F pursuant to 35 U.S.C. § 284 in an amount adequate to compensate i4F for the infringement, but not less than a reasonable royalty, including interest from the dates of infringement, resulting from Defendants' infringement of the Asserted Patents;

D.     that Defendants' infringement be deemed willful and, as a result, that Defendants be ordered to pay i4F treble damages pursuant to 35 U.S.C. § 284;

E.     that i4F be awarded its costs of this action and reasonable attorneys' fees pursuant to 35 U.S.C. § 284 and 285; and

F.     that i4F be awarded such further relief as this Court may deem just and proper.

///

///

///

COMPLAINT FOR PATENT INFRINGEMENT

Respectfully submitted,

Dated: May 6, 2026                              /s/*Scott M. Lowry*
                                                 Scott M. Lowry, Esq.
                                                 Lowry Blixseth APC
                                                 30423 Canwood St., Ste. 215
                                                 Agoura Hills, California 91301
                                                 Telephone: 818-584-6460
                                                 Facsimile: 818-574-6026

                                                 *Attorneys for i4F Licensing N.V.*

COMPLAINT FOR PATENT INFRINGEMENT